IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DIANN WALKER,
et al.,

      Plaintiffs,

v.                                                                          CASE NO. 4:79-cv-00895-MP

GLENDA E HOOD,
et al.,
      Defendants.
_____/


## O R D E R

     This matter is before the Court on Doc. 1116,  Joint Motion to Extend Time to Mediate.

The motion is granted and the parties shall have until October 21, 2005 to conclude mediation in

this case.


     **DONE AND ORDERED** this  *14th*   day of September, 2005


_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge