IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIANN WALKER,
et al.,
    Plaintiffs,

v.                                    CASE NO. 4:79-cv-00895-MP

STATE OF FLORIDA,
et al.,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 1122, Joint Motion to Extend Time to Complete Mediation. The motion is granted, and the parties shall have until November 30, 2005 to complete mediation.

**DONE AND ORDERED** this  1st  day of November, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge